RECEIVED
MAY 03 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GREEN DAZE MUSIC, WB MUSIC CORP., GET JET MUSIC, INC., CHRYSALIS MUSIC GROUP, INC. D/B/A CHRYSALIS MUSIC AND DOORS MUSIC COMPANY,
Plaintiffs

v.

PEDRO'S WESTERN GRILLE, INC. AND ANGELO JOSEPH RENZI,
Defendants

C.A. No. 05-521/ML

**NOTICE OF DISMISSAL**

Plaintiffs' complaint may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a) without fees or costs.

Benjamin White

Benjamin V. White, No. 1652
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Plaintiffs
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: May 3rd, 2006

Enter:
Mary M. Lisi
USDJ 5/5/06

CERTIFICATE OF SERVICE

To:

Michael J. McCaffrey, Esq.
1380 Warwick Avenue
Warwick, RI 02888

I hereby certify that I served on the above-named counsel of record a copy of the within Notice of Dismissal by mailing first class mail, postage prepaid, on the 3rd day of May, 2006.

Lisa A. Larivière